FLIPPIN v. JARRELL

No. 40 PC.

No. 129 (Spring Term).

Case below: 44 N.C. App. 518.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 1 April 1980. Motion of defendant to dismiss appeal for lack of substantial constitutional question denied 1 April 1980.

HALL v. HALL

No. 11 PC.

Case below: 44 N.C. App. 379.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 April 1980.

IN RE CLAY COUNTY GENERAL ELECTION

No. 143 PC.

Case below: 45 N.C. App. 556.

Petition by petitioners for discretionary review under G.S. 7A-31 denied 14 April 1980.

INSURANCE CO. v. INGRAM, COMR. OF INSURANCE

No. 4 PC.

Case below: 43 N.C. App. 621.

Petition by Wake Anesthesiology Assoc. and its employees for discretionary review under G.S. 7A-31 denied 1 April 1980. Motion of plaintiffs to dismiss appeal for lack of substantial constitutional question allowed 1 April 1980.

KOURY v. JOHN MEYER OF NORWICH

No. 38 PC.

Case below: 44 N.C. App. 392.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 April 1980.